■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN SAUNDERS, Appellant.—Judgment, Supreme Court, Bronx County (Gerald Sheindlin, J.), rendered June 13, 1986, after a jury trial, convicting defendant of arson in the second degree (Penal Law § 150.15), for which he was sentenced to 5 to 15 years' imprisonment, unanimously affirmed.

Viewing the evidence in a light most favorable to the People *(People v Contes,* 60 NY2d 620), we conclude that any rational trier of fact could have found defendant guilty beyond a reasonable doubt. The circumstantial evidence excluded to a moral certainty any inference inconsistent with guilt *(People v Kennedy,* 47 NY2d 196, 202). Defendant's challenge to the credibility of witnesses was for the jury to resolve *(People v Montanez,* 41 NY2d 53, 57).

The hearing court did not err to the extent that it denied defendant's motion to suppress defendant's inculpatory statements, and we defer to its findings of credibility *(People v Prochilo,* 41 NY2d 759, 761). Defendant's physical condition did not detract from the voluntariness of defendant's statement *(see, People v Eastman,* 114 AD2d 509; *People v Pearson,* 106 AD2d 588, 589). We have examined defendant's other contentions and find them to be without merit. Concur—Sullivan, J. P., Ross, Rosenberger, Ellerin and Rubin, JJ.